**LAW OFFICES OF TAMARA S. FREEZE**
Tamara S. Freeze, California Bar No. 239037
Linda Luna, California Bar No. 240809
8 Corporate Park, Suite 300
Irvine, California 92606
Telephone: (949) 378-9794
Fax: (949) 266-9388
tf@freezelawoffice.com
LLuna@freezelawoffice.com

JS-6

Attorneys for Plaintiff, CHRISTIN SIDENSTECKER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIN SIDENSTECKER,<br><br>       Plaintiffs,<br><br>   vs.<br><br>THE DINNERSTEIN COMPANIES, a corporation, DMC MANAGEMENT, CO., a corporation and DOES 1 THROUGH 50, inclusive,<br><br>       Defendants. | No. 8:11-cv-00154-AG -FMO<br><br>**ORDER AS TO THE AMOUNT IN CONTROVERSY AND AGREEMENT TO REMAND ACTION TO STATE COURT** |

///

///

*CHRISTEN SIDENSTECKER v. THE DINNERSTEIN CO., et al.*        U.S. D.C. (C.D. CA)
**[Proposed] Order Regarding Binding Stipulation as to Amount in Controversy
and Stipulation to Remand to State Court**                                                              **Page 1**

**ORDER**

Based upon the foregoing, and for GOOD CAUSE SHOWN, it is hereby ordered that:

1. Plaintiff's right to recovery is limited by the terms of this binding stipulation; and

2. This matter shall be remanded to Superior Court of California, County of Orange, Central Justice Center, Case No. 30-2010-00430124-CU-WT-CJC.

1.

DATE:_February 28, 2011

HON. ANDREW GUILFORD

*CHRISTEN SIDENSTECKER v. THE DINNERSTEIN CO., et al.*   U.S. D.C. (C.D. CA)
[Proposed] Order Regarding Binding Stipulation as to Amount in Controversy
and Stipulation to Remand to State Court   Page 2